AO245B    Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED
JUN 29 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
SCOTT A. OLSON
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 2:03-CR-20051-001

USM Number:

Joseph R. Streva, Jr.
Defendant's Attorney

### THE DEFENDANT:

[✓]  admitted guilt to violation of condition(s) <u>Violation #1 - Mocification Condition #1</u> of the term of supervision.
[ ]  was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Violation #1-Modification Condition #1 | Introduced and possessed contraband | 3/30/06 and 04/19/06 |
| | Threatened staff member with bodily harm | 4/20/06 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:
Defendant's Date of Birth:
Defendant's USM No.:
Defendant's Residence Address:
Defendant's Mailing Address:

June 23, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

REBECCA F. DOHERTY, United States District Judge
Name & Title of Judicial Officer

Date

COPY SENT
DATE 6/30/06
BY GB
TO U.S. M 3cc
U.S.P. 3cc
cc  1

DEFENDANT: SCOTT A. OLSON
CASE NUMBER: 2:03-CR-20051-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [ ] a.m. [ ] p.m. on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL